**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN MOON, | ) NO. CV 13-4290-RGK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RON DAVIS, WARDEN, | ) |
| Respondent. | ) |

   Pursuant to the Court's Order: Dismissing Petition For writ Of Habeas Corpus With Prejudice; And Denying Certificate Of Appealability,

   IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 18, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE